O'CONNOR PLAYDON GUBEN & INOUYE LLP
A LIMITED PARTNERSHIP LAW COMPANY

RANDOLPH R. SLATON 1647-0
Of Counsel
JERROLD K. GUBEN 3107-0
KRISTI L. ARAKAKI 8683-0
Makai Tower, 24th Floor
733 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-8350
Facsimile: (808) 531-8628
RRS@opgilaw.com
JKG@opgilaw.com
KLA@ogpilaw.com

Attorneys for EBBTIDE, LLC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| In re | Case No. 19-00227 (Chapter 11) |
|---|---|
| HAWAIIAN EBBTIDE HOTEL, INC., Debtor. | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS

PLEASE TAKE NOTICE that the firm of O'Connor Playdon Guben & Inouye LLP hereby enters its appearance on behalf of EBBTIDE, LLC, a creditor in the above-referenced case pursuant to Section 1109(b) of the Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure.

The creditor, pursuant to Section 1109(b) of the Bankruptcy Code, and Rules 2002, 9010(b), and any other applicable provision of the Federal Rules of Bankruptcy Procedure or the Local Bankruptcy Rules, requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon:

> JERROLD K. GUBEN, ESQ.
> RANDOLPH R. SLATON, ESQ.
> KRISTI L. ARAKAKI, ESQ.
> O'Connor Playdon Guben & Inouye LLP
> Makai Tower, Suite 2400
> 733 Bishop Street
> Honolulu, Hawaii 96813
> Telephone: (808) 524-8350
> Facsimile: (808) 531-8628
> Email: JKG@opgilaw.com
> RRS@opgilaw.com
> KLA@opgilaw.com

In addition, the creditor requests that all applications, complaints, demands, motions, petitions, requests, statements, schedules, stipulations, orders, and other pleadings and any notices thereof which affect or seek to affect in any way any of the rights or interests of any creditor or party-in-interest in this case, including, without limitation, with respect to the Debtor or any property of the Debtor or of the Debtor's estate, be given to and served upon the undersigned at the addresses set forth above.

Nothing herein or otherwise, including any later appearance, pleading, claim, or action, is intended or shall be deemed to be a waiver, release or

550599v.1/55555/RRS

2

U.S. Bankruptcy Court - Hawaii #19-00227 Dkt # 6 Filed 02/27/19 Page 2 of 3

modification by the creditor of its (a) right to have final orders in noncore matters entered after de novo review by a District Judge; (b) right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (c) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (d) other rights, remedies, claims, actions, defenses, setoffs or recoupments to which the creditor is or may be entitled, all of which is hereby expressly reserved.

DATED: Honolulu, Hawaii, February 27, 2019.

>  /s/ Jerrold K. Guben
> JERROLD K. GUBEN
> RANDOLPH R. SLATON
> KRISTI L. ARAKAKI
> Attorneys for Creditor EBBTIDE, LLC

U.S. Bankruptcy Court - Hawaii #19-00227 Dkt # 6 Filed 02/27/19 Page 3 of 3