United States Bankruptcy Court
District of Hawaii

In re:                                                          Case No. 19-00227
Hawaiian Ebbtide Hotel, Inc.                                    Chapter 11
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0975-1        User: joni            Page 1 of 1           Date Rcvd: Feb 25, 2019
                           Form ID: H1007b        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2019.
db            +Hawaiian Ebbtide Hotel, Inc.,    2415 Ala Wai Boulevard, #1901,    Honolulu, HI 96815-3410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2019 at the address(es) listed below:
          Christopher S.B. Woo   on behalf of Debtor   Hawaiian Ebbtide Hotel, Inc.
           attorneychristopherwoo@gmail.com
          Office of the U.S. Trustee.   ustpregion15.hi.ecf@usdoj.gov
                                                                              TOTAL: 2

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Hawaiian Ebbtide Hotel, Inc.** <br> Name | **United States Bankruptcy Court** <br> **District of Hawaii** |
| Debtor 2 <br> (Spouse, if filing) | Name | Case number: **19–00227** <br> Chapter: **11** |

## ORDER TO FILE DOCUMENTS AND NOTICE OF INTENT TO DISMISS CASE

NOTICE IS GIVEN THAT:

This case commenced on February 25, 2019 with the filing of a voluntary petition. The petition was not accompanied by one or more of the following documents required under 11 U.S.C. sec. 521 and Bankruptcy Rule 1007 and, if a case under chapter 13, under 11 U.S.C. sec. 1321 and Bankruptcy Rule 3015(b).

**Corporate Resolution due 03/11/2019**
**Schedule A/B due 03/11/2019**
**Schedule D due 03/11/2019**
**20 Larg. Unsec. Cred. due 03/11/2019**
**Schedule E/F due 03/11/2019**
**Summary of Schedules due 03/11/2019**
**Schedule G due 03/11/2019**
**Schedule H due 03/11/2019**
**Stmt. of Fin. Affairs due 03/11/2019**

The debtor(s) must file the documents listed above within 14 days after the date of the filing of the petition unless an extension of time is requested and granted. Pursuant to LBR 1007–1(a)(2), failure to comply timely with this order by filing all the missing documents may result in dismissal of the case as a willful failure to abide by a court order within the meaning of 11 U.S.C. sec. 109(g)(1). This means that the debtor(s) will be ineligible to file another bankruptcy petition for 180 days after the entry of the order dismissing the case.

Date:  February 25, 2019

Clerk's Office:
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813
(808) 522–8100
www.hib.uscourts.gov

Michael B. Dowling
Clerk