| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | JOHN WOLLSTEIN; SPECTRUM; JASON WONG; ADM | |
| | First Name    Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name | Last Name |
| United States Bankruptcy Court - District of Hawaii | | |
| Case number | 19-00227 | |

U.S. BANKRUPTCY COURT
DISTRICT OF HAWAII
2019 MAR 11 P 3:34
MICHAEL B. DOWLING
CLERK OF COURT

Local Form H1007-1a (12/15)

## Debtor's Motion to Extend Time to File Case Opening Documents

*[Note: If the court grants an extension, the deadline to file the initial documents required in a case generally will not extend beyond 3 days before the meeting of creditors. Do not use this form to extend the time to obtain the credit counseling required under 11 U.S.C. § 109(h)(1). If you did not obtain credit counseling before filing the petition, a request to extend time to satisfy that requirement must have been made in the petition with a certification of exigent circumstances.]*

The undersigned requests an extension of time under Bankruptcy Rule 1007(c) to file the following:

- [✓] One or more schedules (A-J)
- [✓] Statement of Financial Affairs
- [ ] Chapter 7 Statement of Current Monthly Income/Means Test Calculation
- [ ] Chapter 13 Statement of Current Monthly Income/Disposable Income Calculation
- [ ] Chapter 13 Plan
- [ ] Chapter 13 Rights and Responsibilities
- [✓] Other: _Corporate Resolution; List of 20 Largest Unsecured Creditors; Proof of Insurance_

Date petition filed: 02/25/2019
Date of meeting of creditors: _____
Extension requested to: 03/25/2019

Explain why an extension is needed:

_Accounting / Books / Financial expert Ryan Akamine just retained to assist with preparation of schedules and financial affairs. Attempting to secure Charley Choi, Esq. &/or Robert Campbell, Esq. as co-counsel. Extension will allow accurate & complete filing of schedules and financial affairs._

Debtor acknowledges that the failure to file the required documents by any extended deadline will result in dismissal of the case with a bar to refiling a subsequent bankruptcy petition for 180 days following the entry of a dismissal order, under 11 U.S.C. § 109(g)(1).

/s/ Christopher Woo #7172
Debtor 1/Attorney

Dated: 03/11/2019

/s/ _[signature]_
Debtor 2/Attorney

Dated: 03/11/2019

No objection: _____
Trustee

U.S. Bankruptcy Court - Hawaii  #19-00227  Dkt # 8  Filed 03/11/19  Page 1 of 1