```
                         United States Bankruptcy Court
                               District of Hawaii
```

In re:                                                        Case No. 19-00227-rjf
Hawaiian Ebbtide Hotel, Inc.                                  Chapter 11
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0975-1          User: joni              Page 1 of 1              Date Rcvd: Mar 25, 2019
                              Form ID: pdf001         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2019.
db             +Hawaiian Ebbtide Hotel, Inc.,    2415 Ala Wai Boulevard, #1901,    Honolulu, HI 96815-3410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2019 at the address(es) listed below:
              Christopher S.B. Woo    on behalf of Debtor    Hawaiian Ebbtide Hotel, Inc.
               attorneychristopherwoo@gmail.com
              Cynthia M. Johiro    on behalf of Creditor    Department of Taxation, State of Hawaii
               atg.tax.hbcf@hawaii.gov, cynthia.m.johiro@hawaii.gov
              Jerrold K. Guben    on behalf of Creditor     Ebbtide, LLC jkg@opgilaw.com, julie@opgilaw.com
              Kristi Leiko Arakaki    on behalf of Creditor     Ebbtide, LLC kla@opgilaw.com, tammy@opgilaw.com
              Office of the U.S. Trustee.    ustpregion15.hi.ecf@usdoj.gov
              Randolph R. Slaton    on behalf of Creditor    Ebbtide, LLC RRS@opgilaw.com,
               alison@opgilaw.com;julie@opgilaw.com
                                                                                             TOTAL: 6



UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

Debtor(s): **Hawaiian Ebbtide Hotel, Inc.**
aka Hawaiian Ebbtide Hotel,
aka John Wollstein

Chapter **11**  Case No.: **19-00227**

Related Docket No.: 12

## NOTICE OF FILING FEE DUE FOR AMENDED CREDITOR LIST

Bankruptcy Rule 1007-I(a)(1) requires a debtor to file a list containing the name and address of each entity included or to be included on bankruptcy schedules D, E/F, G, and H. A filing fee of $31 is due when the creditor list is amended, unless the change involves only an address change or the addition of an attorney for the creditor. Appendix to 28 U.S.C. § 1930 (Bankruptcy Court Miscellaneous Fee Schedule (4)).

If the debtor fails to amend the initial creditor list filed with the court to include a creditor or party in interest included in schedules D, E/F, G, and H, the clerk may add the additional name(s) and address(es) to the CM/ECF database for noticing purposes. This is an amendment to the creditor list and requires payment of the $31 fee.

The clerk has added the entity or entities listed below or on an attached list, and the $31 fee must be paid within 7 days.

| Jason G.F. Wong, Esq. | Architectural Diagnostics | Deely, King, Pang & Van | City & County of Honolulu |
| --- | --- | --- | --- |
| 1001 Bishop St., Suite 988 | Ltd. | Etten | Attn: Div of Treas-City Hall |
| Honolulu, HI 96813 | 800 Bethel St. #500 | 1003 Bishop St. #1550 | P.O. Box 4200 |
|  | Honolulu, HI 96813 | Honolulu, HI 96813 | Honolulu, HI 96812-4200 |

Failure to pay the fee timely may result in dismissal of the case. Payment must be made by money order, cashier's check, or cash (if paid in person). Personal checks are not accepted. For schedules or a list filed electronically by an ECF user: online credit card payment in CM/ECF must be made within one day or the filer's login will be disabled for filing documents (the login may continue to be used to access Internet payments).

Please note the following:

1. The clerk has amended the creditor list – It is <u>not</u> necessary for the debtor to file an amended creditor list.
2. Although the clerk has updated the list for future notices, it is the debtor's responsibility to send a copy of the Notice of Bankruptcy Case, Meeting of Creditors, & Deadlines to the additional creditors and parties in interest, and to file a certificate of service showing this was done. LBR 1007-2(e).

Dated: March 25, 2019

Michael B. Dowling
Clerk

UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

## LIST OF ENTITIES ADDED TO CREDITOR LIST

Board of Water Supply
P.O. Box 135037
Honolulu, HI 96801

Hawaiian Electric Company
P.O. Box 30260
Honolulu, HI 96820

Spectrum Business
P.O. Box 30050
Honolulu, HI 96820

Porter McGuire Kikuna & Chow LLP
841 Bishop St. #1500
Honolulu, HI 96813

West Oahu Aggregate Co. Inc.
855 Umi St.
Honolulu, HI 96819

Hawaii Gas
P.O. Box 29850
Honolulu, HI 96820

Ebbtide LLC
c/o Carol NCUBE
2424 Koa Avenue
Honolulu, HI 96815