In re:                                                                                                                       Case No. 19-00227-rjf
Hawaiian Ebbtide Hotel, Inc.                                                              Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0975-1          User: lisa                    Page 1 of 1                    Date Rcvd: Apr 01, 2019
                                    Form ID: 309F                 Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2019.
```
db              +Hawaiian Ebbtide Hotel, Inc.,    2415 Ala Wai Boulevard, #1901,    Honolulu, HI 96815-3410
aty             +Cynthia M. Johiro,    Dept of Attorney General,    425 Queen Street,    Honolulu, HI 96813-2903
aty             +Jerrold K. Guben,    O'Connor Playdon & Guben,    733 Bishop St., Fl. 24,
                  Honolulu, HI 96813-4070
aty             +Kristi Leiko Arakaki,    O'Connor Playdon Guben & Inouye LLP,    733 Bishop Street,    Suite 2400,
                  Honolulu, HI 96813-4070
aty             +Randolph R. Slaton,    O'Connor Playdon Guben & Inouye LLP,    733 Bishop Street,
                  Suite 2400, Makai Tower,    Honolulu, HI 96813-4022
smg              Department of Taxation,    Attn: Bankruptcy Unit,    PO Box 259,    Honolulu, HI  96809-0259
cr              +Ebbtide, LLC,    c/o 733 Bishop Street, Suite 2400,    Honolulu, HI 96813-4070
1413445         +Architectural Diagnostics Ltd.,    800 Bethel St. #500,    Honolulu, HI 96813-4338
1413448         +Board of Water Supply,    P.O. Box 135037,    Honolulu, HI 96801-5037
1413447          City & County of Honolulu,    Attn: Div of Treas-City Hall,    P.O. Box 4200,
                  Honolulu, HI 96812-4200
1413446         +Deely, King, Pang & Van Etten,    1003 Bishop St. #1550,    Honolulu, HI 96813-6444
1413454         +Ebbtide LLC,    c/o Carol NCUBE,    2424 Koa Avenue,    Honolulu, HI 96815-6200
1413453         +Hawaii Gas,    P.O. Box 29850,    Honolulu, HI 96820-2250
1413449         +Hawaiian Electric Company,    P.O. Box 30260,    Honolulu, HI 96820-0260
1413444         +Jason G.F. Wong, Esq.,    1001 Bishop Street, Suite 988,    Honolulu, HI 96813-3588
1410636         +John D. Wollstein,    Individually,    2415 Ala Wai Blvd., #1901,    Honolulu, HI 96815-3410
1413451         +Porter McGuire Kikuna & Chow LLP,    841 Bishop St. #1500,    Honolulu, HI 96813-3921
1413450         +Spectrum Business,    P.O. Box 30050,    Honolulu, HI 96820-0050
1413452         +West Oahu Aggregate Co. Inc.,    855 Umi St.,    Honolulu, HI 96819-2346
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: starconsultingllc@ymail.com Apr 02 2019 04:19:10      Christopher S.B. Woo,
                  Star Consulting LLC,    159 Kai'ulani Avenue,    Honolulu, HI  96815
smg              EDI: HITAX Apr 02 2019 08:18:00      Department of Taxation,    Attn: Bankruptcy Unit,
                  PO Box 259,    Honolulu, HI  96809-0259
smg             +EDI: IRS.COM Apr 02 2019 08:18:00      Internal Revenue Service - Hawaii,    IRS SPF Insolvency,
                  300 Ala Moana Blvd.,    Stop H240,    Honolulu, HI 96850-4992
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*              Internal Revenue Service,    IRS SPF Insolvency,    P.O. Box 7346,    Philadelphia, PA  19101-7346
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2019                                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2019 at the address(es) listed below:
```
              Christopher S.B. Woo    on behalf of Debtor    Hawaiian Ebbtide Hotel, Inc.
                attorneychristopherwoo@gmail.com
              Curtis B. Ching    on behalf of U.S. Trustee    Office of the U.S. Trustee.
                USTPRegion15.HI.ECF@usdoj.gov
              Cynthia M. Johiro    on behalf of Creditor    Department of Taxation, State of Hawaii
                atg.tax.hbcf@hawaii.gov, cynthia.m.johiro@hawaii.gov
              Jerrold K. Guben    on behalf of Creditor    Ebbtide, LLC jkg@opgilaw.com, julie@opgilaw.com
              Kristi Leiko Arakaki    on behalf of Creditor    Ebbtide, LLC kla@opgilaw.com, tammy@opgilaw.com
              Office of the U.S. Trustee.    ustpregion15.hi.ecf@usdoj.gov
              Randolph R. Slaton    on behalf of Creditor    Ebbtide, LLC RRS@opgilaw.com,
                alison@opgilaw.com;julie@opgilaw.com
                                                                                             TOTAL: 7
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Hawaiian Ebbtide Hotel, Inc.<br>Name | EIN | 32–0472034 |
| United States Bankruptcy Court **District of Hawaii**<br>Case number: 19–00227 | | Date case filed for chapter **11  2/25/19** | |

# Notice of Chapter 11 Bankruptcy Case

For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Hawaiian Ebbtide Hotel, Inc. | |
| 2. | **All other names used in the last 8 years** | aka Hawaiian Ebbtide Hotel, aka John Wollstein | |
| 3. | **Address** | 2415 Ala Wai Boulevard, #1901<br>Honolulu, HI 96815 | |
| 4. | **Debtor's attorney**<br>Name and address | Christopher S.B. Woo<br>Star Consulting LLC<br>159 Kai'ulani Avenue<br>Honolulu, HI 96815 | Contact phone: 808.940.3244<br><br>Email:<br>attorneychristopherwoo@gmail.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 1132 Bishop Street, Suite 250<br>Honolulu, Hawaii 96813 | Hours open: Mon–Fri 8:30am to 4:00pm<br><br>Contact phone: (808) 522–8100 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | April 24, 2019 at 02:00 PM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**US Trustee Meeting Room, 1132 Bishop Street, Suite 606, Honolulu, HI 96813** |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **7.** | **Proof of claim deadline** | **Deadline for filing proof of claim: 7/23/19** |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. |
| | | Your claim will be allowed in the amount scheduled unless: |
| | | - your claim is designated as *disputed*, *contingent*, or *unliquidated*; |
| | | - you file a proof of claim in a different amount; or |
| | | - you receive another notice. |
| | | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. |
| | | You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. |
| | | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| **8.** | **Exception to discharge deadline** The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. **Deadline for filing the complaint:** No date set |
| **9.** | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **10.** | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| **11.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

U.S. Bankruptcy Court - Hawaii   #19-00227   Dkt # 19   Filed  04/03/19   Page 3 of 3