H9073 (12/15)

| Information to identify the case: | | United States Bankruptcy Court District of Hawaii |
|---|---|---|
| Debtor 1 | Hawaiian Ebbtide Hotel, Inc.<br>Name | Case number: 19–00227<br>Chapter: 11 |
| Debtor 2<br>(Spouse, if filing) | Name | |

# NOTICE OF HEARING

NOTICE IS GIVEN THAT:

A hearing will be held on the following matter at the location and time stated below.

Application to Employ Counsel for Debtor

United States Bankruptcy Court
District of Hawaii
1132 Bishop Street, Suite 250
Honolulu, HI 96813

Date: June 5, 2019

Time: 02:00 PM

**Your rights may be affected.** You should review the related documents carefully and discuss them with your attorney, if you have one in this proceeding. If you do not have an attorney, you may wish to consult one.

If you want the court to consider your views, you or your attorney must attend the hearing as scheduled above. If you or your attorney do not attend the hearing, the court may decide that you do not oppose the relief being sought and may enter an order granting the relief requested.

You may check the status of the hearing by reviewing the calendar at the Clerk's Office or the online calendar at the court website, www.hib.uscourts.gov.

Date: May 20, 2019

Clerk's Office:
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813
(808) 522–8100
www.hib.uscourts.gov

Michael B. Dowling
Clerk